THE PEOPLE OF THE STATE OF NEW YORK ex rel. PENNSYLVANIA GAS COMPANY v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK.— Motions denied.

Before STATE INDUSTRIAL BOARD, Respondent. LOUIS REICHELSON, Claimant, Respondent, v. STEINBERG & DUBIN and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board for further consideration, with costs against the State Industrial Board, upon the ground that it was error to refuse adjournment requested by the insurance carrier for the purpose of producing witnesses upon a material matter, upon the authority of *Arcangelo* v. *Gallo & Laguidara* (177 App. Div. 31). All concur.

JAMES A. WHITING, as Administrator, etc., of MARVIN J. WHITING, Deceased, Appellant, v. ANTHONY HINE and CHARLES HINE, Respondents.— Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur.

JOHN WELCH, Respondent, v. BAYER & McCONIHE COMPANY, Defendant, Impleaded with MARY LAJEUNESSE and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

LUCY ROSS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

EDWIN B. SALISBURY, Respondent, v. JOSEPHINE L. SALISBURY and Another, Appellants, Impleaded with Others.— Order unanimously affirmed, with ten dollars costs and disbursements to the respondent; said costs to be offset against the costs and such allowances as may be made to the infant defendant in the partition action; and the matter remitted to the Special Term to determine what allowances shall be made to the infant defendant and his guardian in the partition action.

Before STATE INDUSTRIAL BOARD, Respondent. MARY TAGUE and Another, Claimants, Respondents, v. EAST SEVENTY-FIFTH STREET COACH AND AUTO COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

ROBERT WEIGEL and HENRY HILLEBRAND, Respondents, v. LESLIE COOK and MARGARET E. COOK, His Wife, Appellants.— Judgment unanimously affirmed, with costs. Van Kirk, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. FRED BLETKO, Claimant, Respondent, v. R. HOE & COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE BIRKEL, Claimant, Respondent, v. THOMPSON-STARRETT COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

LOTTIE BORST, as Administratrix, etc., of FRED BORST, Deceased, Respondent, v. THE ULSTER AND DELAWARE RAILROAD COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK BRIELMEIER, Claimant, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ROSE BRISKIN, Claimant, Respondent, v. MORRIS HYMAN and Another, Appellants.— Motion denied.

SALVATORE COSTANZO, Respondent, v. PHILIP CARUSO and Another, Appellants.— Judgment and order unanimously affirmed, with costs.